DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG WASHINGTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3595

[February 12, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 502014CF010442AXXXMB.

Craig Washington, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, SHAW, and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***